# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SHARING SOUND, LLC,<br><br>                                Plaintiff,<br><br>   v.<br><br>APPLE, INC.,<br>SONY ERICSSON MOBILE COMMUNICATIONS AB,<br>SONY ERICSSON MOBILE COMMUNICATIONS INC.,<br>SONY CORPORATION OF AMERICA,<br>SONY ELECTRONICS, INC.,<br>SONY COMPUTER ENTERTAINMENT INC.,<br>SONY COMPUTER ENTERTAINMENT AMERICA, INC.,<br>SONY CORPORATION,<br>RHAPSODY INTERNATIONAL, INC.,<br>NAPSTER, L.L.C.<br>BRILLIANT DIGITAL ENTERTAINMENT, INC.,<br>MICROSOFT CORPORATION,<br><br>                               Defendants. | Case No. 2:10-cv-162<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Having considered Plaintiff's, Sharing Sound, LLC ("Sharing Sound") Unopposed Motion to Dismiss based on the settlement of claims between Sharing Sound and Defendant Microsoft Corporation, the Court finds that good cause exists for granting the motion. The Unopposed Motion to Dismiss is GRANTED. All claims asserted by Sharing Sound against Microsoft Corporation are hereby dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

**SIGNED this 23rd day of June, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE